IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**STEVEN BAKER**                                                                                              **PLAINTIFF**
**ADC #144377**

**V.**                                            **NO. 4:22-cv-01185-JM**

**HIGGINS,** *et al.*                                                                                          **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 18th day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE